UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ALBERTO CARDENAS, Individually and on Behalf of Similarly Situated Individuals,<br><br>*Plaintiffs,*<br><br>vs.<br><br>RAPID LOGISITICS, LLC d/b/a RAPID TRANSPORT, ROBERT TUDOR AND RAPID MANAGEMENT, INC.<br><br>*Defendants.* | § § § § § § § § § § § § § § | Civil Action No. 7:18-CV-00118 |

## PLAINTIFF'S MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, **ALBERTO CARDENAS,** and files this his Motion for Dismissal with Prejudice and, in support hereof, would respectfully show the Court as follows:

I.

Plaintiff, **ALBERTO CARDENAS**, has resolved his claims against Defendants **RAPID LOGISTICS, LLC d/b/a RAPID TRANSPORT, ROBERT TUDOR AND RAPID MANAGEMENT, INC.** and no longer wishes to prosecute this action. Accordingly, Plaintiff **ALBERTO CARDENAS** requests that his causes of action against Defendants **RAPID LOGISTICS, LLC d/b/a RAPID TRANSPORT, ROBERT TUDOR AND RAPID MANAGEMENT, INC.** be dismissed with prejudice to the refiling of same.

## II.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, **ALBERTO CARDENAS** prays that the Court enter an order dismissing with prejudice his causes of action against Defendants **RAPID LOGISTICS, LLC d/b/a RAPID TRANSPORT, ROBERT TUDOR AND RAPID MANAGEMENT, INC.**

Respectfully submitted,

By: *Rafael de la Garza w/p*

**Rafael De La Garza, III**
Texas Bar No. 24076343
Federal ID No. 1162772
**DE LA GARZA & RAMIREZ**
4943 S. Jackson Rd.
Edinburg, Texas 78539
(956) 533-1426 - Telephone
(956) 284-0518 – Facsimile
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February, 2019, a true and correct copy of the foregoing document was forwarded to all counsel of record as set forth below:

John R. Griffith
Oralia Guzman
GRIFFITH LAW GROUP
801 E. Fern Avenue, Suite 170
McAllen, Texas 78501
jrg@rgvfirm.com
oguzman@rgvfirm.com

*Rafael de la garza w/p*
**Rafael De La Garza, III**