Case 7:18-cv-00118   Document 14   Filed on 03/04/19 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 04, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ALBERTO CARDENAS, Individually and on Behalf of Similarly Situated Individuals,<br><br>*Plaintiffs,*<br><br>vs.<br><br>RAPID LOGISITICS, LLC d/b/a RAPID TRANSPORT, ROBERT TUDOR AND RAPID MANAGEMENT, INC.<br><br>*Defendants.* | §§§§§§§§§§§§§§ | Civil Action No. 7:18-CV-00118 |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, came on to be heard the Agreed Motion for Dismissal with Prejudice filed by Plaintiff **ALBERTO CARDENAS** and, after due consideration of same, it is the opinion of the Court that Plaintiff's Motion should be **GRANTED**. It is, therefore,

ORDERED, ADJUDGED and DECREED that the causes of action asserted by Plaintiff **ALBERTO CARDENAS** against Defendants **RAPID LOGISTICS, LLC d/b/a RAPID TRANSPORT, ROBERT TUDOR AND RAPID MANAGEMENT, INC.** in the above-styled and numbered cause be dismissed with prejudice to the refiling of same. This Agreed Order is final, disposes of all claims and all parties, and is appealable. It is, further,

ORDERED that all costs of court associated herewith be borne by the party incurring same.

Signed and entered on this ____4th____ day of ____March____ 2019.

_____
JUDGE PRESIDING

1 | AGREED ORDER FOR DISMISSAL WITH PREJUDICE

APPROVED AND AGREED:

*[signature]*
**Rafael De La Garza, III**
Texas Bar No. 24076343
Federal ID No. 1162772
**DE LA GARZA & RAMIREZ**
4943 S. Jackson Rd.
Edinburg, Texas 78539
(956) 533-1426 - Telephone
(956) 284-0518 – Facsimile
*Attorney for Plaintiff*

*[signature]*
**John R. Griffith**
Texas Bar No. 08480750
S.D. Tex. Id. No. 12186
**Oralia Guzmán**
Texas Bar No. 24041029
S.D. Tex. Id. No. 3049525
**GRIFFITH LAW GROUP, LLP**
801 E. Fern, Suite 170
McAllen, Texas 78501
Telephone: 956-971-9446
Facsimile: 956-971-9451
jrg@rgvfirm.com
oguzman@rgvfirm.com
*Attorneys for Defendants*